# ZUSTELLUNGSZEUGNIS

## CERTIFICATE

## ATTESTATION

---

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

| | |
|---|---|
| - am (Datum) / the (date) / le (date) | 23.11.2020 |
| - in (Ort, Straße, Nummer) / at (place, street, number) / à (localité, rue, numéro) | Senden, Industriestraße 4 |

- in einer der folgenden Formen nach Artikel 5:
  in one of the following methods autohorised by article 5:
  dans une des formes suivantes prévues à l'article 5:

☒ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
      in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
      selon les formes légales (article 5, alinéa premier, lettre a) *).

☐ b) in der folgenden besonderen Form *):
      in accordance with the following particular method *):
      selon la forme particulière suivante *):

☐ c) durch einfache Übergabe *).
      by delivery to the addressee, who accepted it voluntarily *).
      par remise simple *).

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

| (Name und Stellung der Person) (identity and description of person) (identité et qualité de la personne) | Ramon Tissler (Einlegung des Schriftstücks in den zum Geschäftsraum gehörenden Briefkasten) |
|---|---|
| Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: relationship to the addressee (family, business or other): liens de parenté, de subordination ou autres, avec le destinataire de l'acte: | |

☐ 2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
      that the document has not been served, by reason of the following facts *):
      que la demande n'a pas été exécutée, en raison des faits suivants *):

☐ Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen / Annexes / Annexes

| Zurückgesandte Schriftstücke: Documents returned: Pièces renvoyées: | |
|---|---|
| Gegebenenfalls Erledigungsstücke: In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution: | Ausgefertigt in **Lüdinghausen** am 26.11.2020 Done at Fait à *[signature]* Unterschrift und/oder Stempel. Signature and/or stamp. Signature et/ou cachet. |

*) Unzutreffendes streichen. / Delete if inappropriate. / Rayer les mentions inutiles.

# Zustellungsurkunde

| | | |
|---|---|---|
| 1.1 *Aktenzeichen*<br>11 AR 5/20 | 1.2 *Ggf. weitere Kennz.*<br>S.v. 19.11.20, Anlg. 1:20-cv-04469<br>v. 12.06.20 | |

**Weitersenden innerhalb des**
- 1.5 ☐ Bezirks des Amtsgerichts
- 1.6 ☐ Bezirks des Landgerichts
- 1.7 ☒ Inlands

1.3 *Adressat*
Herrn
Ramon Tissler
Industriestr. 4
48308 Senden

**Bei der Zustellung zu beachtende Vermerke**
- 1.8 ☐ Ersatzzustellung ausgeschlossen
- 1.9 ☐ Keine Ersatzzustellung an:
- 1.10 ☐ Nicht durch Niederlegung zustellen
- 1.11 ☐ Mit Angabe der Uhrzeit zustellen

1.4 **Bei erfolglosem Zustellversuch: Vermerk über den Grund der Nichtzustellung**

- 1.4.1 ☐ Adressat unter der angegebenen Anschrift nicht zu ermitteln
- 1.4.2 ☐ Adressat verzogen nach:
  - *Straße und Hausnummer*
  - *Postleitzahl, Ort*
- 1.4.3 ☐ Weitersendung nicht möglich   ☐ Weitersendung nicht verlangt
- 1.4.4 ☐ Empfänger unbekannt verzogen
- 1.4.5 ☐ Anderer Grund:
- 1.4.6 *Datum* T T M M J J
- 1.4.7 *Unterschrift* — Deutsche Post
- 1.4.8 *Postunternehmen/Behörde:* Deutsche Post AG Zustellstützpunkt

**Zustellungsurkunde/Zustellungsauftrag zurück an Absender**

Geschäftsstelle des
Amtsgerichts Lüdinghausen
Postfach 11 34
59331 Lüdinghausen

3291109674

911-013-000

| | | | |
|---|---|---|---|
| | | Das mit umseitiger Anschrift und Aktenzeichen versehene Schriftstück (verschlossener Umschlag) habe ich in meiner Eigenschaft als | |
| 2 | X | Postbediensteter ☐ Justizbediensteter ☐ Gerichtsvollzieher ☐ Behördenbediensteter | |
| 3 | ☐ | **übergeben, und zwar** *(4.1 bis 8.3)* | |
| 4.1 | ☐ | unter der Zustellanschrift *(siehe 1.3)* | |
| 4.2 | ☐ | an folgendem Ort: *(soweit von 1.3 abweichend)* Straße, Hausnummer | |
| | | Postleitzahl, Ort | |
| 5.1 | ☐ | – dem Adressaten *(1.3)* persönlich. | |
| 5.2 | ☐ | – einem Vertretungsberechtigten (gesetzlichen Vertreter/Leiter): ▶ | 5.4 Herrn/Frau (Name, Vorname) |
| 5.3 | ☐ | – dem durch schriftliche Vollmacht ausgewiesenen rechtsgeschäftlichen Vertreter: ▶ | |
| 6.1 | ☐ | , weil ich den Adressaten (1.3)/Vertretungsberechtigten in der Wohnung nicht erreicht habe, dort – einem erwachsenen Familienangehörigen: ▶ | 6.4 Herrn, Frau (Name, Vorname) |
| 6.2 | ☐ | – einer in der Familie beschäftigten Person: ▶ | |
| 6.3 | ☐ | – einem erwachsenen ständigen Mitbewohner: ▶ | |
| 7.1 | ☐ | , weil ich den Adressaten (1.3)/Vertretungsberechtigten in dem Geschäftsraum nicht erreicht habe, einem dort Beschäftigten: ▶ | 7.2 Herrn, Frau (Name, Vorname) |
| 8.1 | ☐ | , weil ich den Adressaten (1.3)/Vertretungsberechtigten in der Gemeinschaftseinrichtung nicht erreicht habe, dort dem Leiter der Einrichtung: ▶ | 8.3 Herrn, Frau (Name, Vorname) |
| 8.2 | ☐ | einem zum Empfang ermächtigten Vertreter: ▶ | |
| 9 | X | **zu übergeben versucht.** *(10.1 bis 12.3)* | |
| 10.1 | ☐ | Weil die Übergabe des Schriftstücks in der Wohnung/in dem Geschäftsraum nicht möglich war, habe ich das Schriftstück in den – zur Wohnung | |
| 10.2 | X | – zum Geschäftsraum | |
| | | gehörenden Briefkasten oder in eine ähnliche Vorrichtung eingelegt. | |
| 11.1 | ☐ | Weil auch die Einlegung in einen Briefkasten oder in eine ähnliche Vorrichtung *(10.1, 10.2)*/die Ersatzzustellung in der Gemeinschaftseinrichtung (8.1 bis 8.3) nicht möglich war, wird das Schriftstück bei der hierfür bestimmten Stelle niedergelegt, und zwar in | |
| | | 11.1.1 Niederlegungsstelle | |
| | | 11.1.2 Straße, Hausnummer | |
| | | 11.1.3 Postleitzahl, Ort | |
| 11.2 | ☐ | Die schriftliche Mitteilung über die Niederlegung habe ich – in der bei gewöhnlichen Briefen üblichen Weise abgegeben, nämlich *(Art der Abgabe)*: | |
| 11.3 | ☐ | – an der Tür zur Wohnung/zum Geschäftsraum/zur Gemeinschaftseinrichtung angeheftet. | |
| 12 | | Weil die Annahme der Zustellung durch Name, Vorname: | Beziehung zum Adressaten: |
| | | verweigert wurde, habe ich das Schriftstück | |
| 12.1 | ☐ | – in der Wohnung/dem zur Wohnung gehörenden Briefkasten oder in einer ähnlichen Vorrichtung zurückgelassen. | |
| 12.2 | ☐ | – in dem Geschäftsraum/dem zum Geschäftsraum gehörenden Briefkasten oder in einer ähnlichen Vorrichtung zurückgelassen. | |
| 12.3 | ☐ | – an den Absender zurückgeschickt, da keine Wohnung oder kein Geschäftsraum vorhanden ist. | |
| 13 | | Den Tag der Zustellung – ggf. mit Uhrzeit – habe ich auf dem Umschlag des Schriftstücks vermerkt. | |
| | | 13.1 Datum: 23/1/20   13.2 ggf. Uhrzeit:   13.3 Unterschrift des Zustellers: *Dermann* | |
| | | 13.4 Postunternehmen/Behörde: Deutsche Post AG Zustellstützpunkt | 13.5 Name, Vorname des Zustellers (in Druckbuchstaben): Dermann Alexander |

Amtsgericht Lüdinghausen
-Geschäftsstelle-



-11- Amtsgericht Lüdinghausen, 59331 Lüdinghausen

**Per Luftpost**

Michael J. Kapin, ESQ.
c/o Judicial Process & Support, Inc.
19 West Flagler Street #610
**MIAMI, FL 33130**

United States of America

26.11.2020

Seite 1 von 1

Aktenzeichen
**11 AR 5/20**
bei Antwort bitte angeben

Bearbeiter
Frau Reher
Durchwahl
025912307-66

Ihr Zeichen: 1:20-cv-04469-VM

Sehr geehrte Damen und Herren,

in Sachen

Kapin PLLC gegen Tissler

erhalten Sie die Anlage(n) nach Erledigung zurück.

Mit freundlichen Grüßen

Froning

Justizbeschäftigte

- automatisiert erstellt, ohne Unterschrift gültig -

Anschrift
Seppenrader Str. 3
59348 Lüdinghausen
Sprechzeiten

Telefon
0259123070
Telefax:
02591230760

Nachtbriefkasten: Seppenrader Str. 3, 59348 Lüdinghausen
Konten der Zahlstelle Lüdinghausen: Postbank IBAN DE57440100460000040468
Schalterstunden: Montag - Freitag 09.00 - 12.00 Uhr

Informationen zur Verarbeitung personenbezogener Daten in Rechtssachen durch die Justiz in Nordrhein-Westfalen finden Sie unter: www.justiz.nrw/datenschutz/rechtssachen.

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant<br>MICHAEL J. KAPIN, ESQ.<br>C/o Judicial Process & Support, Inc.<br>19 West Flagler Street, #610<br>Miami, FL 33130<br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure<br>Case Number: 1:20-cv-04469-VM | Adresse de l'autorité destinataire<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>80097 München<br>tel.: +49 (89) 5597-02<br>fax: +49 (89) 5597-3575<br>e-mail: poststelle@olg-m.bayern.de<br>www.justiz.bayern.de/gericht/olg/m/<br>German |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
RAMON TISSLER
INDUSTRIESTRASSE 4
48308 SENDEN, GERMANY

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- EXECUTED "REQUEST" IN DUPLICATE
- SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, RELATED CASE STATEMENT, COMPLAINT AND DEMAND FOR JURY TRIAL.
- ALL DOCUMENTS IN DUPLICATE

* if appropriate / s'il y a lieu

| Done at / Fait à NEW YORK, NEW YORK, USA,<br><br>The / le | Signature and/or stamp<br>Signature et / ou cachet<br><br>*[signature]*<br>Michael J. Kapin, Esq. |
|---|---|

Permanent Bureau July 2017

# WARNING
# AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
RAMON TISSLER
INDUSTRIESTRASSE 4
48308 SENDEN, GERMANY

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | MICHAEL J. KAPIN, ESQ. <br> c/o Judicial Process and Support, Inc. <br> 19 W. Flagler St., #610, Miami, Fl. 33130 |
| **Particulars of the parties*:** <br> Identité des parties* : | DAVID MOYAL. vs. MÖBELHANDEL MÜNSTERLAND RAMON TISSLER, D/B/A ORIGINAL ANTIQUE FURNITURE, A/K/A ORIGINAL ANTIKE MOEBEL, ET AL. <br> CASE NO. 1:20-cv-04469-VM |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☐ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | TO GIVE NOTICE THAT THE PLAINTIFF HAS FILED A COMPLAINT AGAINST THE DEFENDANT |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | PLAINTIFF ENTERED INTO AN EXCLUSIVE DISTRIBUTION AGREEMENT WITH A GERMAN FURNITURE COMPANY. PLAINTIFF WAS GIVEN EXCLUSIVE RIGHT TO SELL THE GERMAN COMPANY'S FURNITURE IN THE US AND CANADA IN THE AGREEMENT. DEFENDANTS BREACHED THE AGREEMENT BY CONTINUING TO SELL THEIR FURNITURE IN THE US AND CANADA WITHOUT PLAINTIFF'S INVOLVEMENT. |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | FILE ANSWER WITH: <br> UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK, <br> CLERK OF COURT <br> 500 PEARL ST NEW YORK, NY 10007 <br> A COPY OF THE ANSWER MUST BE MAILED TO: MICHAEL J. KAPIN, ESQ. <br> 1133 BROADWAY, SUITE 1001 NEW YORK, NEW YORK 10010 |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | ANSWER OR RESPONSE IS DUE 21 DAYS AFTER SERVICE UPON YOU. |

\*\* if appropriate / s'il y a lieu

Permanent Bureau, July 2017

| ☐ **EXTRAJUDICIAL DOCUMENT**\*\* ACTE EXTRAJUDICIAIRE\*\* | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | N/A |
| **Time-limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| DAVID MOYAL <br><br> *Plaintiff(s)* <br> v. <br> MÖBELHANDEL MÜNSTERLAND RAMON TISSLER, d/b/a ORIGINAL ANTIQUE FURNITURE, a/k/a ORIGINAL ANTIKE MOEBEL, RAMON TISSLER, an individual, and KAI KOGELBOOM, an individual. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-04469 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAMON TISSLER

Industriestraße 4
48308 Senden, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KAPIN PLLC
Attorney for Plaintiff
MICHAEL J. KAPIN, ESQ.
1133 Broadway - Suite 1001
New York, New York 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/12/2020

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*