```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DAVID MOYAL,                           :
                                       :
                    Plaintiff,         :    20 Civ. 4469 (VM)
                                       :
    - against -                        :    **ORDER**
                                       :
RAMON TISSLER, et al.,                 :    **REQUEST FOR STATUS UPDATE**
                                       :
                    Defendants.        :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 3, 2021

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that a Certificate of Service regarding the service of defendant Kai Kogelboom ("Kogelboom"), the only remaining defendant in this action (see Dkt. No. 20), was filed on March 24, 2020. To date, no response from Kogelboom has been filed, and no other communication has been received by the Court. Accordingly, it is hereby

**ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation.

**SO ORDERED.**

Dated:   New York, New York
         3 August 2021

_____
Victor Marrero
U.S.D.J.